# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE MACK CAULEY, JR.

NO.  2020 KW 0064

**MAY 1 2 2020**

---

In Re:  Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Tammany, Nos. 593185& 593186.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**  The records of the St. Tammany Parish Clerk of Court's Office reflect that on February 13, 2020, the district court deemed the motion for preliminary examination satisfied because of the testimony from the suppression hearing and because the state provided relator with open file discovery.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT